# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-589
Lower Tribunal No. 20-CF-015267

_____

ALFREDO NAVARRETE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

November 7, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED